USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 0 JUN 2010

**BACKENROTH FRANKEL & KRINSKY, LLP**
489 Fifth Avenue
New York, New York 10017
(212) 593-1100

Abraham J. Backenroth
Mark A. Frankel
Scott A. Krinsky

Telecopier No.
(212) 644-0544

June 17, 2010

6/30/2010

**By Facsimile**
Hon. Paul A. Crotty
Southern District Court
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: This matter is referred to the bankruptcy proceeding 10-11417 now pending in the Bankruptcy Court, SDNY. The conference scheduled for 6/30/10 is marked "off". So ordered. Paul Crotty]*

Re:   Community Preservation Corporation v
       1974 Realty Associates, Case No. 10 CV 04381

Dear Honorable Sir:

I am writing on behalf of the Defendant 1974 Realty Associates regarding the status conference scheduled for June 30, 2010.

The Defendant is a Chapter 11 debtor with a case pending in the Southern District of New York Bankruptcy Court, case no. 10-11417. The case in this Court was originally removed from the Kings County Supreme Court action to District Court for the Eastern District of New York, as required by the Bankruptcy Rules. The District Court for the Eastern District of New York then transferred venue to the Southern District on the consent of the Plaintiff and Defendant because that is where the Defendant's bankruptcy case is pending.

The Plaintiff and Defendant both anticipated after the case arrived in the District Court for the Southern District it would then be referred to the Bankruptcy Court for the Southern District pursuant to the District Court's "Standing Order of Referral of Cases to Bankruptcy Judges" signed by Judge Ward, and Rule 9027 of the Federal Rules of Bankruptcy Procedure.

Accordingly, by this letter, both the Plaintiff and Defendant are inquiring as to whether this case is going to be referred to the Bankruptcy Court, and if so, whether the status conference on June 30, 2010 can be marked off.

Respectfully Submitted,

Mark Frankel

cc: Bruce Mael

*[Stamp: MEMO ENDORSED]*